ACCEPTED
15-25-00120-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
11/7/2025 1:37 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00120-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
11/7/2025 1:37:38 PM
CHRISTOPHER A. PRINE
~~Clerk~~

# In the Court of Appeals
# for the Fifteenth District of Texas

**Primexx Energy Opportunity Fund, LP and Primexx Energy Opportunity Fund II, LP,**

*Appellants,*

**v.**

**Primexx Energy Corporation, M. Christopher Doyle, Angelo Acconcia, Blackstone Inc., Blackstone Holdings III LP, Blackstone EMA II LLC, BMA VII LLC, Blackstone Energy Management Associates II LLC, Blackstone Energy Partners II LP, Blackstone Management Associates VII LLC, Blackstone Capital Partners VII LP, BCP VII/BEP II Holdings Manager LLC, BX Primexx Topco LLC, and BPP Holdco LLC,**

*Appellees.*

## Appeal from the First Business Court Division
## Dallas County, Texas
*Honorable Bill Whitehill, Judge Presiding*

## FIRST UNOPPOSED MOTION FOR
## EXTENSION OF TIME TO FILE APPELLEES' BRIEF

David S. Coale
dcoale@lynnllp.com
Christopher J. Schwegmann
cschwegmann@lynnllp.com
Christopher W. Patton
cpatton@lynnllp.com

Yaman Desai
ydesai@lynnllp.com
Kyle A. Gardner
kgardner@lynnllp.com
Jessica D. Cox
jcox@lynnllp.com

**LYNN PINKER HURST & SCHWEGMANN LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone:    (214) 981-3800
Facsimile:    (214) 981-3839

*Attorneys for Appellees Angelo Acconcia, Blackstone Inc., Blackstone Holdings III LP, Blackstone EMA II LLC, BMA VII LLC, Blackstone Energy Management Associates II LLC, Blackstone Energy Partners II LP, Blackstone Management Associates VII LLC, Blackstone Capital Partners VII LP, BCP VII/BEP II Holdings Manager LLC, BX Primexx Topco LLC, and BPP Holdco LLC*

Jeremy A. Fielding, P.C.
jeremy.fielding@kirkland.com
Kasdin M. Mitchell, P.C.
kasdin.mitchell@kirkland.com

**KIRKLAND & ELLIS LLP**
4550 Travis Street
Dallas, Texas 75205
Telephone: (214) 972-1770
Facsimile:  (214) 972-1771

Zack C. Ewing
zack.ewing@kirkland.com
Michael C. Patton
michael.patton@kirkland.com
Austin J. Lesch
austin.lesch@kirkland.com

**KIRKLAND & ELLIS LLP**
401 West 4th Street
Austin, Texas 78701
Telephone:  (512)-678-9100
Facsimile:  (512) 678-9101

*Attorneys for Appellees Primexx Energy Corporation*

Roger B. Cowie
roger.cowie@troutman.com
M. Taylor Levesque
taylor.levesque@troutman.com

**TROUTMAN PEPPER LOCKE LLP**
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
T: (214) 740-8000
F: (214) 740-8800

***Attorneys For Appellee M. Christopher Doyle***

TO THE HONORABLE COURT OF APPEALS:

Under Texas Rules of Appellate Procedure 10.5(b)(1) and 38.6(d), Appellees file this first unopposed motion for an extension of time and respectfully request a 30-day extension, or until December 15, 2025, to file Appellees' Brief.

## I.  CURRENT DEADLINE

Appellees' Brief is currently due on Friday, November 14, 2025.

## II.  REASONS FOR EXTENSION

Appellees require additional time to review the record, analyze relevant law, and prepare Appellees' Brief. In addition to preparing Appellees' Brief, counsel for Appellees have been and continue to have responsibilities for additional cases between the date of this Motion and the current deadline to submit Appellees' Brief. This extension of time is sought so that justice may be done in the disposition of this case and is not sought for purposes of delay. This is the first extension of the briefing deadline sought by Appellees.

## III.  REQUEST FOR RELIEF

For these reasons, Appellees request that the Court grant this First Unopposed Motion for Extension of Time to File Appellees' Brief, extending the time to file Appellees' Brief until December 15, 2025.

DATE: November 7, 2025

Respectfully submitted,

/s/ David S. Coale
  David S. Coale
    Texas Bar No. 00787255
    dcoale@lynnllp.com
  Christopher J. Schwegmann
    Texas Bar No. 24051315
    cschwegmann@lynnllp.com
  Christopher W. Patton
    Texas Bar No. 24083634
    cpatton@lynnllp.com
  Yaman Desai
    Texas Bar No. 24101695
    ydesai@lynnllp.com
  Kyle A. Gardner
    Texas State Bar No. 24116412
    kgardner@lynnllp.com
  Jessica D. Cox
    Texas Bar No. 24114769
    jcox@lynnllp.com

**LYNN PINKER HURST & SCHWEGMANN LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone: (214) 981-3800
Facsimile: (214) 981-3839


/s/ Roger B. Cowie
Roger B. Cowie
  Texas Bar No. 00783886
  roger.cowie@troutman.com
M. Taylor Levesque
  Texas Bar No. 24107296
  taylor.levesque@troutman.com
**TROUTMAN PEPPER LOCKE LLP**
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201

/s/ Jeremy A. Fielding
Jeremy A. Fielding, P.C.
  Texas Bar No. 24040895
  jeremy.fielding@kirkland.com
Kasdin M. Mitchell, P.C.
  Texas Bar No. 24135030
  kasdin.mitchell@kirkland.com
**KIRKLAND & ELLIS LLP**
4550 Travis Street
Dallas, Texas 75205
Telephone: (214) 972-1770
Facsimile: (214) 972-1771

Zack C. Ewing
  Texas Bar No. 24113650
  zack.ewing@kirkland.com
Michael C. Patton
  Texas Bar No. 24137104
  michael.patton@kirkland.com
Austin J. Lesch
  Texas Bar No. 24143116
  austin.lesch@kirkland.com
**KIRKLAND & ELLIS LLP**
401 West 4th Street
Austin, Texas 78701
Telephone: (512)-678-9100
Facsimile: (512) 678-9101

T: (214) 740-8000
F: (214) 740-8800

*Attorneys for Appellees*

## Certificate of Service

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was served on all counsel of record via eFileTexas on November 7, 2025.

*/s/ Yaman Desai*
Yaman Desai

## Certificate of Conference

The undersigned certifies that counsel for Appellants conferred with counsel for Appellants via e-mail on November 5, 2025, and the relief requested by this Motion is not opposed.

*/s/ Yaman Desai*
Yaman Desai

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Kerri Jones on behalf of David Coale
Bar No. 787255
kjones@lynnllp.com
Envelope ID: 107806130
Filing Code Description: Motion
Filing Description: 2025-11-07 First Unopposed Motion for Extension of Time to File Appellees' Brief
Status as of 11/7/2025 2:12 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| David S.Coale | | dcoale@lynnllp.com | 11/7/2025 1:37:38 PM | SENT |
| Christopher W.Patton | | cpatton@lynnllp.com | 11/7/2025 1:37:38 PM | SENT |
| Kay Ridenour | | kridenour@lynnllp.com | 11/7/2025 1:37:38 PM | SENT |
| Jeremy Fielding | 24040895 | jeremy.fielding@kirkland.com | 11/7/2025 1:37:38 PM | SENT |
| Stephen Shackelford | 24062998 | sshackelford@susmangodfrey.com | 11/7/2025 1:37:38 PM | SENT |
| Roger Cowie | 783886 | roger.cowie@troutman.com | 11/7/2025 1:37:38 PM | SENT |
| Christopher Patton | 24083634 | cpatton@lynnllp.com | 11/7/2025 1:37:38 PM | SENT |
| Kyle A.Gardner | | kgardner@lynnllp.com | 11/7/2025 1:37:38 PM | SENT |
| Scott Smoot | | ssmoot@lynnllp.com | 11/7/2025 1:37:38 PM | SENT |
| Yaman Desai | | ydesai@lynnllp.com | 11/7/2025 1:37:38 PM | SENT |
| NATALIE STALLBOHM | | nstallbohm@lynnllp.com | 11/7/2025 1:37:38 PM | SENT |
| SCOTT SMOOT | | ssmoot@lynnllp.com | 11/7/2025 1:37:38 PM | SENT |
| Chris Schwegmann | | cschwegmann@lynnllp.com | 11/7/2025 1:37:38 PM | SENT |
| Gina Flores | | gflores@lynnllp.com | 11/7/2025 1:37:38 PM | SENT |
| Julie Archuleta | | jarchuleta@lynnllp.com | 11/7/2025 1:37:38 PM | SENT |
| Kerri Jones | | kjones@lynnllp.com | 11/7/2025 1:37:38 PM | SENT |
| Zack Ewing | | zack.ewing@kirkland.com | 11/7/2025 1:37:38 PM | SENT |
| Kasdin Mitchell | 24135030 | kasdin.mitchell@kirkland.com | 11/7/2025 1:37:38 PM | SENT |
| Jessica Cox | | jcox@lynnllp.com | 11/7/2025 1:37:38 PM | SENT |
| Sarah Hannigan | | shannigan@susmangodfrey.com | 11/7/2025 1:37:38 PM | SENT |
| Bryan Caforio | | bcaforio@susmangodfrey.com | 11/7/2025 1:37:38 PM | SENT |
| Michelle Williams | | mwilliams@susmangodfrey.com | 11/7/2025 1:37:38 PM | SENT |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Kerri Jones on behalf of David Coale
Bar No. 787255
kjones@lynnllp.com
Envelope ID: 107806130
Filing Code Description: Motion
Filing Description: 2025-11-07 First Unopposed Motion for Extension of Time to File Appellees' Brief
Status as of 11/7/2025 2:12 PM CST

Case Contacts

| Michelle Williams | | mwilliams@susmangodfrey.com | 11/7/2025 1:37:38 PM | SENT |
|---|---|---|---|---|
| Nicholas Perrone | | nicholas.perrone@kirkland.com | 11/7/2025 1:37:38 PM | SENT |
| Josephine Wang | | jwang@susmangodfrey.com | 11/7/2025 1:37:38 PM | SENT |
| Gary Vogt | | gvogt@kirkland.com | 11/7/2025 1:37:38 PM | SENT |
| Griffin Vail | | griffin.vail@kirkland.com | 11/7/2025 1:37:38 PM | SENT |
| Yaman Desai | | ydesai@lynnllp.com | 11/7/2025 1:37:38 PM | SENT |
| Austin Lesch | | austin.lesch@kirkland.com | 11/7/2025 1:37:38 PM | SENT |
| Michael Patton | | michael.patton@kirkland.com | 11/7/2025 1:37:38 PM | SENT |
| Taylor Levesque | | Taylor.Levesque@troutman.com | 11/7/2025 1:37:38 PM | SENT |
| Louisa Karam | | Louisa.Karam@troutman.com | 11/7/2025 1:37:38 PM | SENT |
| Jeanine Ishridas | | jishridas@susmangodfrey.com | 11/7/2025 1:37:38 PM | SENT |
| Ronni Bracken | | rbracken@lynnllp.com | 11/7/2025 1:37:38 PM | SENT |
| Shirley Xu | | sxu@lynnllp.com | 11/7/2025 1:37:38 PM | SENT |